## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HRC INVESTMENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:20-CV-01455 |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** that Plaintiff HRC Investments, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action without prejudice.

Respectfully submitted,

*/s/ Nora K. Cook*
ERIC LARSON ZALLUD
NORA K. COOK
LAURA E. KOGAN
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  ezalud@beneschlaw.com
          ncook@beneschlaw.com
          lkogan@beneschlaw.com

*Attorneys for Plaintiff HRC Investments, LLC*

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____  Clerk, U. S. Court of International Trade

By:_____
Deputy Clerk

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on April 12, 2023, the *Notice of Voluntary Dismissal Without Prejudice* was filed with the Court using the CM/ECF system. Counsel for the parties have been served through the CM/ECF system.

*/s/ Nora K. Cook*
NORA K. COOK

*One of the Attorneys for Plaintiff HRC Investments, LLC*

22718686 v1