UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HRC INVESTMENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:20-CV-01455 |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** that Plaintiff HRC Investments, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule without prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Nora K. Cook* | BRIAN M. BOYNTON |
| ERIC LARSON ZALLUD | Principal Deputy Assistant Attorney General |
| NORA K. COOK | |
| LAURA E. KOGAN | PATRICIA M. MCCARTHY |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | Director |ийн

/s/ Nora K. Cook
ERIC LARSON ZALLUD
NORA K. COOK
LAURA E. KOGAN
**BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  ezalud@beneschlaw.com
        ncook@beneschlaw.com
        lkogan@beneschlaw.com
*Attorneys for Plaintiff HRC Investments, LLC*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge,
International Trade Field Office

/s/ Elizabeth A. Speck
Elizabeth A. Speck
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0369

SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

## SCHEDULE TO STIPULATION OF DISMISSAL

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| CASE NO.: 1:20-CV-01455 | HRC Investments, LLC |

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: April 24, 2023

Clerk, U. S. Court of International Trade

By: /s/ Geoffrey Goell
      Deputy Clerk

**CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on April 24, 2023, the *Notice of Dismissal Without Prejudice* was filed with the Court using the CM/ECF system. Counsel for the parties have been served through the CM/ECF system.

/s/ Nora K. Cook
NORA K. COOK

*One of the Attorneys for Plaintiff HRC Investments, LLC*

22724339 v1